# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACQUAR STOKES,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-2006** |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 30th day of May, 2025, upon consideration of Plaintiff Jacquar Stokes's Motion to Proceed *In Forma Pauperis* (ECF No. 5), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                          **BY THE COURT:**

                                          s/ *R. Barclay Surrick*

                                          **R. BARCLAY SURRICK, J.**